1 | ROBERT A. MOSIER (Bar No. 164241)
  |   rmosier@thesandersfirm.com
2 | TIMOTHY M. CLARK (Bar No. 284447)
  |   tclark@thesandersfirm.com
3 | LAUREN A. WELLING (Bar No. 291813)
  |   lwelling@thesandersfirm.com
4 | **SANDERS PHILLIPS GROSSMAN, LLC**
  | 2860 Michelle Drive, Suite 220
5 | Irvine, CA 92606
  | Telephone:   +1 877 480 9142
6 | Facsimile:     +1 213 330 0346

7 | Attorneys for Plaintiffs

8 | DONALD F. ZIMMER, JR. (Bar No. 112279)
  |   fzimmer@kslaw.com
9 | WILLIAM E. STEIMLE (Bar No. 203426)
  |   wsteimle@kslaw.com
10 | **KING & SPALDING LLP**
   | 101 Second Street, Suite 2300
11 | San Francisco, CA 94105
   | Telephone:   +1 415 318 1200
12 | Facsimile:     +1 415 318 1300

13 | Attorneys for Defendants
   | BRISTOL-MYERS SQUIBB COMPANY,
14 | ASTRAZENECA PHARMACEUTICALS LP,
   | and MCKESSON CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN WILLIAMS, an individual, et al., | Case No.: 3:16-CV-07152-JST |
| Plaintiffs, | **STIPULATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | Judge:   Honorable Jon S. Tigar |
| Defendants. | |
| AND RELATED ACTIONS: | |
| *Kathy Barnes v. Bristol-Myers Squibb Company, et al.*, Case No. 4:17-cv-01869-JST; | |
| *Tony Campbell v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01872-JST; | |

STIPULATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT
TO N.D. CAL. CIV. L.R. 6-1 - 3:16-CV-07152-JST

1  *Dino Cortina v. AstraZeneca Pharmaceuticals LP, et al.*, Case No. 3:17-cv-00247-JST;

*Ophelia Dubose v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-00244-JST;

*Anita Rochelle Holland v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-02430;

*Michael Martin, et al. v. AstraZeneca Pharmaceuticals LP, et al.*, Case No. 4:17-cv-00661-JST;

*Michael Miller v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01870-JST;

*Lester Speights v. AstraZeneca Pharmaceuticals LP, et al.*, Case No. 3:17-cv-01873-JST;

*Nichole Wilcox v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01662-JST;

*Robbie York v. Bristol-Myers Squibb Company, et al.*, Case No. 4:17-cv-01871-JST;

WHEREAS, on May 20, 2017, the Court issued an order continuing the Case Management Conference in the above-entitled and related-actions to June 28, 2017, in part due to pending motions to dismiss for lack of personal jurisdiction and motions to transfer venue;

WHEREAS, on June 15, 2017, the parties appeared before the Court for oral argument on Defendants' motions to dismiss for lack of personal jurisdiction or, in the alternative, to transfer venue in the *Cortina* and *Dubose* cases, which the Court took under submission;

WHEREAS, Defendants filed motions on the same grounds in seven related cases before the Court — *Barnes, Campbell, Holland, Miller, Speights, Wilcox,* and *York* — which are scheduled to be heard on July 6, 2017;

WHEREAS, the Court's forthcoming ruling on Defendants' aforementioned motions could substantially impact the number of cases and issues which the Court must consider at the Case Management Conference and continuing the conference would therefore foster efficiency for both the Court and the parties;

2

STIPULATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT
TO N.D. CAL. CIV. L.R. 6-1 - 3:16-CV-07152-JST

1     **NOW, THEREFORE, the Parties stipulate as follows**:

2     The June 28, 2017 Case Management Conference be continued to July 12, 2017, at 2:00

3 p.m. in Courtroom 9, the Honorable Jon S. Tigar presiding.

4 **IT IS SO STIPULATED.**

5 DATED:  June 19, 2017            **SANDERS PHILLIPS GROSSMAN, LLC**

7                          By:  /s/ Lauren Welling
8                               Robert A. Mosier
                              Timothy M. Clark
9                               Lauren Welling
                              Attorneys for Plaintiffs

11 DATED:  June 19, 2017            **KING & SPALDING LLP**

14                               By: _____
                              Donald F. Zimmer, Jr.
15                               William E. Steimle
                              Attorneys for Defendants

17                 **Signature Attestation (N.D. Cal. L.R. 5-1(i)(3)**

18     I, William E. Steimle, attest that concurrence in the filing of this document has been

19 obtained from each signatory whose ECF user ID and password are not being used in the

20 electronic filing of this document.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Having considered Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP, Bristol-Myers Squibb Company, and McKesson Corporation's (collectively, the Parties) Stipulation to Continue the June 28, 2017 status conference to July 12, 2017, and good cause appearing, the Parties' Stipulation is **GRANTED**:

- The June 28, 2017 status conference is continued to July 12, 2017, at 10:00 a.m. in Courtroom 9.
- The Parties shall submit updated Joint Case Management Statements by no later than July 6, 2017.

**IT IS SO ORDERED.**

DATED: June 23, 2017

HONORABLE JON S. TIGAR
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS LP, and MCKESSON CORPORATION hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on June 19, 2017.

    /s/ WILLIAM E. STEIMLE
WILLIAM E. STEIMLE